Wade Oather: King, Sui Juirs
c/o 101 E. Baltimore Pike, #1519
Media, Pennsylvania [19063]
484-981-6308

## United States District Court

## Eastern District of Pennsylvania

| | | |
|---|---|---|
| **COMMONWEALTH OF PENNSYLVANIA** | * | **NOTICE OF REMOVAL** |
| *Fictitious Plaintiff,* | * | **SUMMARY JUDGMENT** |
| | * | **DISMISSAL** |
| VS. | * | • Violation of Due Process |
| | * | • Constitutional Violations |
| | * | • Subject Matter Jurisdiction |
| **WADE O. KING** | * | • Failure to state a claim upon which relief can be granted |
| *Error Defendant,* | * | • Dismissal with prejudice |
| | * | **IN REM** |
| | * | **Verified** |
| | * | **SPECIAL DEPOSIT** |

To: Said Court and all interested parties known and unknown:

Notice of Removal to USDC of Eastern Pennsylvania

Due to Violations of Due Process

Failure to state a claim upon which relief can be granted

Breach of Fiduciary responsibility due to violation of All Rights reserved supported

by affiant affidavit pending past and now

| STATE OF PENNSYLVANIA | * |
|---|---|
| | * KNOW ALL MEN AND PERSONS BY THESE PRESENTS |
| COUNTY OF PHILADELPHIA | * |

Before me, the undersigned authority on this day personally appeared, Affiants who being by me duly sworn, deposes and says an oath as follows:

That I, am **King, wade-oather:** who is an alive, living, flesh and blood man the responsible party and holder in due course/beneficiary of **WADE OATHER KING** estate and all my private property, **hereinafter Estate**, setting on American land (soil). I am **not a corporate entity** (slave to judicial officers operating under a Constitution of 1786 enacted in 1787 within the District of Columbia). This affidavit will serve as proper **notice for settlement by a rescission** Nunc pro Tunc for peace and protection for all.

**Notice to the Clerk: The Clerk is to issue and serve citations to the following respondents located at:**

>Berks County Cout of Common Pleas Courthouse
>**Attn: Beth A. Hartman, Clerk of Courts**
>- c/o Attn: Thomas G. Parisi, Administrative Judge
>- c/o Attn: John T. Adams, District Attorney
>- c/o Attn: Holly Beth Feeney, Public Defender
>
>633 Court Street
>Reading, PA 19601

That this affidavit is being executed and witness by an independent notary public sitting in and for the State of Pennsylvania and who hold an oath and bond with the secretary of the State of Pennsylvania as to The United States of America.

## Notice of Right of Rescission
### Nunc Pro Tunc for All Contracts by Title XXVIII Presentments in Any
### "Affixed Or Wet" Signature of an American
### in Deceptive Trade Public Offices as Public Servants and
### By Judicial Misconduct by Criminal Action in Aggravated Identity Theft
### And Misleading Fraud Deception by Public Servants for Unlawful Gain and Bad Faith by
### Misappropriations of Public Funds as the Public Trustee

==========================================================

*Known all To Whom these Presents Shall Come, Greetings:*

I declare the following statements are true and correct by the pains of perjury to the best of my first-hand knowledge enforced by the laws of United States of America.

I am, wade a living man, responsible party/holder-in-due course/beneficiary for WADE OATHER KING Estate and the original creditor in the "Consumer right to rescind" due to deceptive and misleading contracts, unless provided a waiver of rights disclosed prior to initiated contracts, except as provided in instrument in a credit extension a security in which a superior obligation by the United States of America security interest is or will be retained or acquired in a consumer principal dwelling personal household matters, each consumer whose possession as personal household matters for the estate as the beneficiary.

Furthermore, will be security interest for the estate is, or, and will be subject to the security as the original issue "Signature" shall have the right to rescind: each credit extension made under the agreement, application, and contracts as personal family household credit provided the bona fide signature in contracts for personal family household otherwise shall be" Rescinded and "terminated" hereafter, rendered void on the assumptions of affixed signature or wet signature was under duress, as name in all judicial contracts upon the acceptance of this Notice as Declaration "Ab Initio" void as rescinded in right of recission VOID by all, or any signatures, digital, implied by deception, electronic and void all power of attorney for the name beneficiary authenticated by the name in this notice that any application by extension of credit is commenced a security interest.

Executed on 28 day January 2022            by: _____
                                            Affiant/ All Rights Reserved Without Waiver

State of Pennsylvania
County of _____ } SS:           Jurat

SUBCRIBED AND SEALED before me on this 28 day of January 2022. Presents the instrumentality, as evidence before me [King]. _____ Notary Public as to verify the (person) officer before did by signature validate the same name by best of my firsthand knowledge and credentials for the following facts are true and not misleading.

/s/ _____. (SEAL)>>>
Notary Public in and for State and County
My commission expires 3/24/2025

Commonwealth of Pennsylvania - Notary Seal
Salim AmirAli, Notary Public
Philadelphia County
My commission expires March 24, 2025
Commission number 1248553
Member, Pennsylvania Association of Notaries

**Notice is given and that this affidavit be final judgment and for all reason stated:**

1. That I am of lawful age, and I am competent to make this Affidavit.

2. That I have personal knowledge of the facts stated herein.

3. That, I am **not an attorney nor is considered pro-se** as to any **BAR ASSOCIATION** operation Under the indentures of a Trust setup by any MUNICIPAL/MUNICIPALITIES/**STATE OF A UNION** known as the **UNITED STATES**.

4. That this sworn Affidavit is made as a matter of record my right in my own proper person under the state and federal Constitution of the United States of America.

5. That I have rights which are inalienable and were endowed by **my Creator Almighty God and secured by the constitution and declaration of 1776** as to an American and a taxpayer.

6. That I do not waive any of my rights at this time **nor do i waive any of my rights under any jurisdiction without a full disclosure and** my common law rights under the constitution and declaration of 1776 for fairness and without **discrimination as to all men** not persons (**corporation operating under a color of law**). We are all equal under human rights (preamble 1-30) for life liberty and under God law the holy bible.

7. That I am acting in my own proper living blood body with explicit reservation of my rights **"without prejudice"** pursuant to uniform commercial Code 1-308 and UCC 1-305 et al and with such reservation invoked by this Affidavit.

8. Affiant request and desire that this affidavit becomes judgment for all other reasons stated within this oath and that any instrument that has the intent to make claims on my estate account property without my consent is fraud. Also this is a **Notice of Recession of Signature** to any/all nun pro tunc.

9. Affiant hereby **rescind and revoke all power of attorney** relating to any persons (firms, corporations and political entities "trust") as of the date of this affidavit (oath) that has been executed and witnessed by independent authority (notary public). Who maintains an oath and bond on file with the Pennsylvania State/Commonwealth of Pennsylvania secretary of state.

10. Notice of Recession of Signature and Notice of Disclaimer.

Wade Oather: King, Sui Juirs
c/o 101 E. Baltimore Pike, #1519
Media, Pennsylvania [19063]
484-981-6308

# IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA

COMMONWEALTH OF PENNSYLVANIA
**Fictitious Plaintiff,**

v.

WADE O. KING
**Error Defendant,**

**Case No. CP-06-CR-0001156-2023**

## NOTICE OF REMOVAL TO UNITED STATES DISTRICT COURT

Error Defendant, Wade Oather King, **pursuant to Constitutional Violations and 28 U.S.C. §§ 1331, 1332, 1441, 1443, and 1455,** hereby files this **Notice of Removal** from the COURT OF COMMON PLEAS OF BERKS COUNTY, PENNSYLVANIA, where it was originally filed as **Case No. CP-06-CR-0001156-2023**, to **the United States District Court for the Eastern District of Pennsylvania,** and states as follows:

**I. BASIS FOR REMOVAL**

1. **Federal Question Jurisdiction (28 U.S.C. § 1331):** The claims asserted in the state court action arise under federal law, including but not limited to violations of constitutional due process rights, fraud, misrepresentation, and deprivation of rights under color of law.

2. **Diversity Jurisdiction (28 U.S.C. § 1332):** The parties are citizens of different states, and the amount in controversy **exceeds $75,000.** (due to bonds and securitization of the bonds)

3. **Civil Rights Removal (28 U.S.C. § 1443):** Removal is warranted because state court proceedings have resulted in a deprivation of Defendant's federally protected rights, including due process violations, fraud in the judicial process, and unlawful actions taken under color of law in violation of 42 U.S.C. § 1983.

4. **Removal of Criminal Proceedings (28 U.S.C. § 1455):** If the case involves a state criminal proceeding, removal is justified where:

    a) The defendant is denied equal rights under state law.

    b) The prosecution is in bad faith or intends to deprive constitutional protections.

    c) The state court lacks proper jurisdiction due to fundamental constitutional violations.

    d) The case involves actions **taken under color of law** that violate federally protected rights.

    e) That the state claim is an admiralty/maritime cause of action within the meaning of Federal Rules of Civil Procedure 9(h). Pursuant to 28 USC §§ 2461 and 2463 "all property taken or detained under any revenue law of the United States . . . shall be deemed in the custody of the law and subject only to the orders and decrees of the courts of the United States having jurisdiction thereof."

    f) The United States District Court is the mandated district court of the United States having de jure venue to hear a cause of action etc., pursuant to 5 Stat. 516, Chapter 188, § 5 enacted August 23, 1842 pursuant to the Act of September 24, 1789, Chapter 20. The Constitution for the united States of America, **Article III § 2;** and, in that the Plaintiff et al., are directed by the Governor of the Fund (I.M.F.) AKA Secretary of the Treasury, alien custodian for Prize and Booty, and are foreign agents of their principal, the Fund and Bank et.al., a fortiori mandates pursuant to the law of the United States of America Title 22 USC Foreign Relations and Intercourse- International Organizations **Chapter 7 § 286g. Jurisdiction and venue of actions B** ". . . any such action at law . . . to which either the Fund or Bank shall be a party shall be deemed to arise under the laws of the United States, and the District Courts of the United States shall have original jurisdiction of any such action."

5. **Relevant Supreme Court Case Law Supporting Removal:**

    o **Georgia v. Rachel, 384 U.S. 780 (1966)** – Recognized that removal under § 1443(1) is available when a defendant is denied rights explicitly protected by federal law.
    o **Johnson v. Mississippi, 421 U.S. 213 (1975)** – Clarified that removal under § 1443 requires showing that the state court will not enforce federally protected rights.

- **City of Greenwood v. Peacock, 384 U.S. 808 (1966)** – Distinguished between general civil rights violations and those justifying removal under § 1443.
- **Willingham v. Morgan, 395 U.S. 402 (1969)** – Established that federal officers and those acting under federal authority may remove cases to federal court.
- **Mesa v. California, 489 U.S. 121 (1989)** – Reinforced the principle that removal is proper when a federal defense is available under statutory authority.
- **Tennessee v. Davis, 100 U.S. 257 (1880)** – Established precedent for removing cases where federal interests or defenses are implicated.
- **Colorado v. Symes, 286 U.S. 510 (1932)** – Clarified the scope of federal jurisdiction over cases removed under color of law.
- **Arizona v. Manypenny, 451 U.S. 232 (1981)** – Reinforced that removal jurisdiction exists where federal protections or interests are at stake.
- **Zschernig v. Miller, 389 U.S. 429 (1968)** – Recognized federal authority in cases where state actions interfere with federally protected rights.
- **New York v. Quarles, 467 U.S. 649 (1984)** – Addressed due process concerns in state court proceedings affecting federal rights.

## II. SUMMARY JUDGMENT AND MOTION TO DISMISS

Pursuant to Rule 56 of the Federal Rules of Civil Procedure, Defendant moves for **summary judgment** and **dismissal** of this case on the following grounds:

1. **Lack of Subject Matter Jurisdiction (Rule 12(b)(1))** - The claims brought forth by the plaintiff are not within the court's jurisdiction, as there is no valid federal question or controversy.

2. **Lack of Personal Jurisdiction (Rule 12(b)(2))** - The court lacks jurisdiction over the Defendant due to insufficient service of process and lack of minimum contacts.

3. **Failure to State a Claim Upon Which Relief Can Be Granted (Rule 12(b)(6))** - The Plaintiff has failed to allege a valid legal claim, as no real injury has been demonstrated.

4. **Denial of Due Process** - Defendant was deprived of procedural and substantive due process rights as guaranteed under the U.S. Constitution, particularly in relation to the wrongful striking of a default judgment and actions taken under color of law.

5. **Fraud and Misrepresentation (Rule 9(b))** - The case is based on fraudulent claims, including the use of a fictitious plaintiff and fraudulent standing, in violation of federal law.

6. **False Claim / No Injured Party** - Plaintiff has no standing, as there is no legitimate injured party, making the claim invalid.

7. **Unconstitutional State Court Action** - The state court proceedings are fundamentally unfair, violate constitutional protections, and involve actions taken **under color of law** that deprive the Defendant of rights under the Fourteenth Amendment.

8. **Violation of 42 U.S.C. § 1983** - The Plaintiff and/or state actors have engaged in **unconstitutional conduct under color of law,** depriving Defendant of federally protected rights, warranting federal intervention.

## III. CONCLUSION

For the reasons set forth above, Defendant respectfully requests that this Court:

1. Take jurisdiction over this matter;
2. Grant summary judgment in favor of Defendant;
3. Dismiss Plaintiff's complaint with prejudice;
4. If applicable, dismiss any criminal charges improperly filed; and
5. Provide any further relief as the Court deems just and proper.

**Respectfully submitted,**

I declare under penalty of perjury as to the Laws of the constitution and declaration of 1776 for equal justice for all men and persons (corporation et all) for the 50 United States(union) of America, and for all humans rights for equal justice without discrimination that the foregoing is true, correct, complete, and not misleading and contains the truth, and nothing but the truth to my knowledge and belief of the holy bible for all citizens to be treated fairly as human beings not defacto entities (corporate property).

By: _____ UCC 1-308

**King, wade-oather:, Beneficiary**
Error Defendant, Sui Juris
All Rights Reserved, UCC 1-308

c/o 101 E. Baltimore Pike, #1519
Media, Pennsylvania [19063]
484-981-6308

**Dated:** April 14, 2025

# JURAT

State of Pennsylvania )
) ss:
County of PHILADELPHIA )

On this **14** day of **APRIL** 2025, before me, the undersigned, a Notary Public in and for **Philadelphia** County, Pennsylvania personally appeared the above-signed, known to me to be the one whose name is sealed by Autograph on this instrument, and has acknowledged to me that he/she has executed the same.

Notary Signature: _Salh Ch ali_

Printed Name: _SALIM AMIR ALI_

Seal:



Commonwealth of Pennsylvania - Notary Seal
Salim Amir Ali, Notary Public
Philadelphia County
My Commission Expires March 24, 2029
Commission Number 1248553

# ORDER

AND NOW, this ___ day of _____, 2025, upon consideration of the Defendant's **Notice of Removal and Motion for Summary Judgment and Dismissal,** it is hereby ORDERED that:

1. The removal of this action to the United States District Court is GRANTED/DENIED.

2. The motion for summary judgment is GRANTED/DENIED.

3. The motion to dismiss is GRANTED/DENIED.

4. Any further relief deemed just and proper is hereby GRANTED/DENIED.

IT IS SO ORDERED.

_____

UNITED STATES DISTRICT JUDGE

# CERTIFICATE OF SERVICE

**I, King, Wade-oather: Family of King,** Beneficiary, hereby certify that a true and correct copy of the foregoing **Notice of Removal, Motion for Summary Judgment, and Motion to Dismiss was served** upon the following parties via electronic service fax, email and U.S. Mail on this **14th day of April 2025 to:**

**Clerk of Courts for Berks County, Pennsylvania, Beth A. Jones.** The office is responsible for maintaining criminal court records and other related duties, c/o Administrative Judge Thomas G. Parisi and Assist District Attorney Holly Beth Feeney.

**Contact Information:**

Berks County Courthouse
**Attn: Beth A. Jones, Clerk of Courts**
- c/o Attn: Thomas G. Parisi, Administrative Judge
- c/o Attn: John T. Adams, District Attorney
- c/o Attn: Holly Beth Feeney, Public Defender

633 Court Street
Reading, PA  19601
**Phone:** 610-478-6550Pennsylvania Courts
**Fax:** 610-478-6570Pennsylvania Courts

**Dated: April 14, 2025**

---

**King, wade-oather: House of King**   *UCI-308*
Error Defendant, Sui Juis
c/o 101 E. Baltimore Pike, #1519]
Media, Pennsylvania, [19063]
484-981-6308

JS 44 (Rev. 03/24) **NOTICE OF REMOVAL** CIVIL COVER SHEET **NOTICE OF REMOVAL**

The JS 44 civil cover sheet and the information contained herein neither replace nor supplement the filing and service of pleadings or other papers as required by law, except as provided by local rules of court. This form, approved by the Judicial Conference of the United States in September 1974, is required for the use of the Clerk of Court for the purpose of initiating the civil docket sheet. *(SEE INSTRUCTIONS ON NEXT PAGE OF THIS FORM.)*

## I. (a) PLAINTIFFS
COMMONWEALTH OF PENNSYLVANIA

(b) County of Residence of First Listed Plaintiff: N/A
*(EXCEPT IN U.S. PLAINTIFF CASES)*

(c) Attorneys *(Firm Name, Address, and Telephone Number)*

## DEFENDANTS
WADE O. KING, sui juris

County of Residence of First Listed Defendant: Delaware
*(IN U.S. PLAINTIFF CASES ONLY)*
NOTE: IN LAND CONDEMNATION CASES, USE THE LOCATION OF THE TRACT OF LAND INVOLVED.

Attorneys *(If Known)*
amicus curiae

## II. BASIS OF JURISDICTION *(Place an "X" in One Box Only)*
- [ ] 1 U.S. Government Plaintiff
- [ ] 2 U.S. Government Defendant
- [x] 3 Federal Question (U.S. Government Not a Party)
- [ ] 4 Diversity (Indicate Citizenship of Parties in Item III)

## III. CITIZENSHIP OF PRINCIPAL PARTIES *(Place an "X" in One Box for Plaintiff and One Box for Defendant)* (For Diversity Cases Only)

| | PTF | DEF | | PTF | DEF |
|---|---|---|---|---|---|
| Citizen of This State | [ ] 1 | [ ] 1 | Incorporated or Principal Place of Business In This State | [ ] 4 | [ ] 4 |
| Citizen of Another State | [ ] 2 | [ ] 2 | Incorporated and Principal Place of Business In Another State | [ ] 5 | [ ] 5 |
| Citizen or Subject of a Foreign Country | [ ] 3 | [ ] 3 | Foreign Nation | [ ] 6 | [ ] 6 |

## IV. NATURE OF SUIT *(Place an "X" in One Box Only)*

Click here for: Nature of Suit Code Descriptions.

**CONTRACT**: 110 Insurance; 120 Marine; 130 Miller Act; 140 Negotiable Instrument; 150 Recovery of Overpayment & Enforcement of Judgment; 151 Medicare Act; 152 Recovery of Defaulted Student Loans (Excludes Veterans); 153 Recovery of Overpayment of Veteran's Benefits; 160 Stockholders' Suits; 190 Other Contract; 195 Contract Product Liability; 196 Franchise

**REAL PROPERTY**: 210 Land Condemnation; 220 Foreclosure; 230 Rent Lease & Ejectment; 240 Torts to Land; 245 Tort Product Liability; 290 All Other Real Property

**TORTS — PERSONAL INJURY**: 310 Airplane; 315 Airplane Product Liability; 320 Assault, Libel & Slander; 330 Federal Employers' Liability; 340 Marine; 345 Marine Product Liability; 350 Motor Vehicle; 355 Motor Vehicle Product Liability; 360 Other Personal Injury; 362 Personal Injury - Medical Malpractice

**CIVIL RIGHTS**: 440 Other Civil Rights; 441 Voting; 442 Employment; 443 Housing/Accommodations; 445 Amer. w/Disabilities - Employment; 446 Amer. w/Disabilities - Other; 448 Education

**TORTS — PERSONAL INJURY**: 365 Personal Injury - Product Liability; 367 Health Care/Pharmaceutical Personal Injury Product Liability; 368 Asbestos Personal Injury Product Liability

**PERSONAL PROPERTY**: 370 Other Fraud; 371 Truth in Lending; 380 Other Personal Property Damage; 385 Property Damage Product Liability

**PRISONER PETITIONS — Habeas Corpus**: 463 Alien Detainee; 510 Motions to Vacate Sentence; 530 General; 535 Death Penalty; **Other:** 540 Mandamus & Other; 550 Civil Rights; 555 Prison Condition; 560 Civil Detainee - Conditions of Confinement

**FORFEITURE/PENALTY**: 625 Drug Related Seizure of Property 21 USC 881; 690 Other

**LABOR**: 710 Fair Labor Standards Act; 720 Labor/Management Relations; 740 Railway Labor Act; 751 Family and Medical Leave Act; 790 Other Labor Litigation; 791 Employee Retirement Income Security Act

**IMMIGRATION**: 462 Naturalization Application; 465 Other Immigration Actions

**BANKRUPTCY**: 422 Appeal 28 USC 158; 423 Withdrawal 28 USC 157

**INTELLECTUAL PROPERTY RIGHTS**: 820 Copyrights; 830 Patent; 835 Patent - Abbreviated New Drug Application; 840 Trademark; 880 Defend Trade Secrets Act of 2016

**SOCIAL SECURITY**: 861 HIA (1395ff); 862 Black Lung (923); 863 DIWC/DIWW (405(g)); 864 SSID Title XVI; 865 RSI (405(g))

**FEDERAL TAX SUITS**: 870 Taxes (U.S. Plaintiff or Defendant); 871 IRS—Third Party 26 USC 7609

**OTHER STATUTES**: 375 False Claims Act; 376 Qui Tam (31 USC 3729(a)); 400 State Reapportionment; 410 Antitrust; 430 Banks and Banking; 450 Commerce; 460 Deportation; 470 Racketeer Influenced and Corrupt Organizations; 480 Consumer Credit (15 USC 1681 or 1692); 485 Telephone Consumer Protection Act; 490 Cable/Sat TV; 850 Securities/Commodities/Exchange; 890 Other Statutory Actions; 891 Agricultural Acts; 893 Environmental Matters; 895 Freedom of Information Act; 896 Arbitration; 899 Administrative Procedure Act/Review or Appeal of Agency Decision; [x] 950 Constitutionality of State Statutes

## V. ORIGIN *(Place an "X" in One Box Only)*
- [ ] 1 Original Proceeding
- [x] 2 Removed from State Court
- [ ] 3 Remanded from Appellate Court
- [ ] 4 Reinstated or Reopened
- [ ] 5 Transferred from Another District *(specify)*
- [ ] 6 Multidistrict Litigation - Transfer
- [ ] 8 Multidistrict Litigation - Direct File

## VI. CAUSE OF ACTION
Cite the U.S. Civil Statute under which you are filing *(Do not cite jurisdictional statutes unless diversity)*: Due Process; 28 usc 1331,1332,FRCP 12 (b) violations of constitutional due process rights, fraud and deprivation of rights under color of law; state lacks proper jurisdiction and venue

Brief description of cause: NOTICE OF REMOVAL - failure to state a claim which relief can be granted, denial of due process
Failure to state a claim upon which relief can be granted; subject matter & personal jurisdiction; denial of due process; false claims no injured party

## VII. REQUESTED IN COMPLAINT:
- [ ] CHECK IF THIS IS A CLASS ACTION UNDER RULE 23, F.R.Cv.P.
- DEMAND $
- CHECK YES only if demanded in complaint:
- JURY DEMAND: [ ] Yes [ ] No

## VIII. RELATED CASE(S) IF ANY
*(See instructions)*
JUDGE: Thomas G. Parisi, Administrative Judge
DOCKET NUMBER: CP-06-CR-0001156-2023

DATE:
SIGNATURE OF ATTORNEY OF RECORD: **Sui Juris - UCC 1-308** Special Restrictive under FRCP Rule E (8)

**FOR OFFICE USE ONLY**
RECEIPT # _____ AMOUNT _____ APPLYING IFP _____ JUDGE _____ MAG. JUDGE _____

Notice to Clerk~

The minute you receive any document, it is recorded according to the following case site.

**Biffle v. Morton Rubber Indus., Inc., 785 S.W.2d 143, 144 (Tex.1990).** "An instrument is deemed in law filed at the time it is delivered to the clerk, regardless of whether the instrument is "file-marked."

Should you refuse to record My documents, once deposited with you, you are committing a crime under Title **18 USC § 2071** and it is punishable by fines and imprisonment. If your attorney told you not to file any documents like mine, you are still responsible, as I do not accept any third party interveners. Any attorney, district attorney, or anyone from the lawyering craft are all third parties and do not have a license to make a legal determination in this matter as they do not represent Me and you, the county clerk, and do not have the authority to represent Me.

**Title 18 USC – Crimes and Criminal Procedure Part I –**
**Crimes** Chapter 101 – Records and Reports Section 2071 –
Concealment, removal, or mutilation generally

(a) Whoever willfully and unlawfully conceals, removes, mutilates, obliterates, or destroys, or attempts to do so, or, with intent to do so takes and carries away any record, proceeding, map, book, paper, document, or other thing, filed or deposited with any clerk or officer of any court of the United States, or in any public office, or with any judicial or public officer of the United States, shall be fined under this title or imprisoned not more than three years, or both.

(b) Whoever, having the custody of any such record, proceeding, map, book, document, paper, or other thing, willfully and unlawfully conceals, removes, mutilates, obliterates, falsifies, or destroys the same, shall be fined under this title or imprisoned not more than three years, or both; and shall forfeit his office and be disqualified from holding any office under the United States. As used in this subsection, the term "office" does not include the office held by any person as a retired officer of the Armed Forces of the United States.

**Revised Statutes of The United States, 1st session, 43 Congress 1873-1874.**
**Title LXX.---CRIMES.--- CH. 4. CRIMES AGAINST JUSTICE**

SEC. 5403. (Destroying, &c., public records.) Every person who willfully destroys or attempts to destroy, or, with intent to steal or destroy, takes and carries away any record, paper, or proceeding of a court of justice, filed or deposited with any clerk or officer of such court, or any paper, or document, or record filed or deposited in any public office, or with any judicial or public officer, shall, without reference to the value of the record, paper, document, or proceeding so taken, pay a fine of not more than two thousand dollars, or suffer imprisonment, at hard labor, not more than

three years, or both: [See § § 5408, 5411, 5412.1]

**SEC. 5407.** (Conspiracy to defeat enforcement of the laws.) If two or more persons in any State or Territory conspire for the purpose of impeding, hindering, obstructing, or defeating, in any manner, the due course of justice in any State or Territory, with intent to deny to any citizen the equal protection of the laws, or to injure him or his property for lawfully enforcing, or attempting to enforce, the right of any person, or class of persons, to the equal protection of the laws, each of such persons shall be punished by a fine of not less than five hundred nor more than five thousand dollars, or by imprisonment, with or without hard labor, not less than six months nor more than six years, or by both such fine and imprisonment. See § § **1977-1991, 2004-2010, 5506-5510.1**

**SEC. 5408.** (Destroying record by officer in charge.) Every officer, having the custody of any record, document, paper, or proceeding specified in section fifty-four hundred and three, who fraudulently takes away, or withdraws, or destroys any such record, document, paper, or proceeding filed in his office or deposited with him or in his custody, shall pay a fine of not more than two thousand dollars, or suffer imprisonment at hard labor not more than three years, or both-, and shall, moreover, forfeit his office and be forever afterward disqualified from holding any office under the Government of the United States.

"The U.S. Supreme Court has ruled that a natural individual entitled to relief is entitled to free access to its judicial tribunals and public offices in every State in the Union (2 Black 620, see also Crandell v. Nevada, 6 Wall 35).Plaintiff should not be charged fees, or costs for the lawful and constitutional right to petition this court in this matter in which he is entitled to relief, as it appears that the filing fee rule was originally implemented for fictions and subjects of the State and should not be applied to the Plaintiff who is a natural individual and entitled to relief. Hale v. Henkel, 201 U.S. 43]"

By: *King, wade-oather* UCC1-308
King, wade-oather: House of King, a living man, Heir/Beneficiary
Legatus Non Violatur,
Without Prejudice,
Non Assumpsit
All Rights Reserved, UCC 1-308

To: USDC-Clerk of Court

From: Wade King
101 E. Baltimore Pike, #1519
Media, Pa 19063
484-981-6437


To: Clerk of Court
Thank you!


RECEIVED APR 14 2025

U.S.M.S. X-RAY