# IN THE UNITED STATES DISTRICT COURT
# FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| **COMMONWEALTH OF PENNSYLVANIA** <br><br> v. <br><br> **WADE O. KING** | **CRIMINAL NO. 25-157** |

## ORDER

**AND NOW**, this 17th day of April, 2025, upon review of *pro se* Defendant Wade O. King's notice of removal of a state court criminal prosecution (ECF 1), it is hereby **ORDERED** that this case shall be **REMANDED** to the Court of Common Pleas of Berks County, Pennsylvania.[1] *Pro se* Defendant's Petition to proceed *in forma pauperis* (ECF 2) is **DENIED as moot**.

This is *pro se* Defendant's third improper attempted removal of a State court criminal prosecution. See Case No. 23-CR-261 and 25-CR-119. *Pro se* Defendant is warned that if he files any further meritless removals, he may be subject to the imposition of sanctions.

The Clerk shall close this case.

---

[1] As with his prior baseless removals, the Court cannot identify a legally valid basis for removal. First, Defendant's notice is untimely as it is well past the removal statute's 30-day period to remove a state proceeding. 28 U.S.C. § 1455(b)(1). Second, the "face of the notice" fails to state any ground supporting removal. See id. at (b)(4). Defendant raises 28 U.S.C. § 1443 but fails to allege any facts about his alleged denial of equal civil rights. The notice does not describe the state court proceedings in any detail, except by mere reference to the pending criminal proceeding in the Court of Common Pleas of Berks County, Pennsylvania.

As the Court stated in its April 8, 2025 Order in Case No. 25-119, to the extent Defendant claims that his "federally protected rights" were violated during the state court proceedings, Defendant may file a separate civil complaint stating all the allegations supporting a legal cause of action, should it meet the federal jurisdictional requirements.

BY THE COURT:

_____
MICHAEL M. BAYLSON
**United States District Court Judge**

\\adu.dcn\paed\PHL-DATA\Judge_Baylson\Criminal Cases\25-119 Commonwealth of Pennsylvania v. King\25cr119 Order re Remand.docx